| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. **CR13-5585** |
| MARK A. MARSH | ) ) ) |
| Defendant/Petitioner | ) ) ) |

I hereby acknowledge receipt of the Deferred Prosecution Petition packet. I understand I must comply with the deadlines set forth in the Order Establishing Procedures for Processing Deferred Prosecution Petitions if I petition for deferred prosecution. If I choose to petition this Court for deferred prosecution I will execute the paperwork provided to me in the Deferred Prosecution Petition packet.

_Mark Marsh_             10/23/13
Defendant                                             Date

_____       _____
Defense Counsel                                      Date